CONSUMERS OF THE LONG ISLAND LIGHTING COMPANY, by RENE A. FREYRE et al., Appellants, *v.* LONG ISLAND LIGHTING COMPANY et al., Respondents, Impleaded with Others.

Submitted April 15, 1940; decided April 23, 1940.

*Stephen Callaghan* for motion.
*Vincent A. O'Connor* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.